RILEY WILSON, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

The evidence in this case was sufficient to sustain the verdict, and the court did not err in overruling the motion for a new trial.

Criminal law. New trial. Before Judge STROZER. Mitchell Superior Court. May Adjourned Term, 1873.

Riley Wilson was placed on trial for the offense of carrying concealed weapons, alleged to have been committed on April 3d, 1873. He pleaded not guilty.

The evidence made substantially the following case: On the day alleged in the indictment the defendant was engaged in whipping his wife. Some persons interfered, and amongst them one Sol Davis. The defendant opened the door of his

McLendon *vs.* Wilson, Callaway & Company.

house, pulled out of his right breeches pocket a pistol, pointed it at Davis, and said to him, "G—d d—n you, if you don't leave I will shoot your liver pin out." The defendant had been often seen with the pistol. He habitually carried it in his breeches' pocket. The pistol had but one barrel, and was about nine inches long.

One witness testified that he supposed he could have seen the pistol had he looked at defendant's pocket before it was drawn. The first he saw of it was when defendant was brandishing it at Sol. Davis. The other witness stated that he could not tell whether he could have seen the pistol or not by looking at defendant's pocket before it was drawn. He first saw it when the defendant was in the act of taking it from his pocket.

The defendant introduced no testimony.

The jury found the defendant guilty. He moved for a new trial, because the verdict was contrary to the law and the evidence. The motion was overruled, and he excepted.

T. R. Lyon; J. H. Spence, for plaintiff in error.

B. B. Bower, Solicitor General, for the State.

Trippe, Judge.

It is sufficient to remark that the verdict was fully justified by the evidence, and as no error of law is complained of it was not error in the court below to refuse a new trial.

Judgment affirmed.